In the Matter of TILBERT MEYER, Appellant, *v.* CONSOLIDATED ICE COMPANY, Respondent.

(Submitted January 3, 1910; decided January 11, 1910.)

Motion for re-argument and motion to offset judgments denied, with ten dollars costs.    (See 196 N. Y. 471.)

---

MARY A. LANE, Respondent, *v.* C. AUGUSTUS KOENIG, Appellant.

(Argued January 3, 1910; decided January 11, 1910.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 25, 1909, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to recover damages caused through the maintenance of an alleged nuisance by the defendant.

The motion was made upon the grounds that the Court of Appeals had no jurisdiction to entertain the appeal; that the affirmance by the Appellate Division was unanimous; that permission to appeal had not been obtained; that the record contained no substantial exceptions, and that the appeal was frivolous and taken only for purposes of delay.

*Oscar Tryon* for motion.

*Frank S. Coburn* opposed.

Motion denied, with ten dollars costs.